WILLIAM H. LLOYD, Appellant, *v.* W. E. HEDGER TRANS-PORTATION CORPORATION, Respondent, Impleaded with Others.

(Argued January 10, 1936; decided March 17, 1936.)

*Philip A. Sullivan* and *John R. Weaver* for appellant.
*Clayton M. Smith* and *Fred Van Aernam* for respondent.

Judgment reversed and a new trial granted, with costs to abide the event, on the ground that the agreement of May 13, 1933, imposed upon defendant W. E. Hedger Transportation Corporation the obligation to keep the barge in a reasonably safe condition and that the evidence created an issue of fact in respect to its failure to comply with that obligation. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and HUBBS, JJ.